NUMBER 13-04-044-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

AIDE RODRIGUEZ,                                                            Appellant,

v.

DEBORAH KOWALCZYK,                                                    Appellee.
____________________________________________________________________

On appeal from County Court at Law No. 2 of Nueces County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Yañez, Rodriguez, and Castillo
Opinion Per Curiam

         Appellant, AIDE RODRIGUEZ, perfected an appeal from a judgment entered by
County Court at Law No. 2 of Nueces County, Texas, in cause number 00-60961-2. 
The clerk’s record was filed on March 10, 2004. The reporter’s record was filed on
December 4, 2003. Appellant’s brief was due on April 9, 2004. To date, no
appellate brief has been received. 
         When the appellant has failed to file a brief in the time prescribed, the Court
may dismiss the appeal for want of prosecution, unless the appellant reasonably
explains the failure and the appellee is not significantly injured by the appellant’s failure
to timely file a brief. Tex. R. App. P. 38.8(a)(1).
         On April 20, 2004, notice was given to all parties that this appeal was subject
to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellant was given ten days to
explain why the cause should not be dismissed for failure to file a brief. To date, no
response has been received.
         The Court, having examined and fully considered the documents on file,
appellant’s failure to file a proper appellate brief, this Court’s notice, and appellant’s
failure to respond, is of the opinion that the appeal should be dismissed for want of
prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.
                                                               PER CURIAM

Opinion delivered and filed
this the 20th day of May, 2004